UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGINA LEWIS,<br><br>                            Plaintiff,<br><br>    -against-<br><br>HOUSING AND URBAN DEVELOPMENT;<br>LYNNE M. PATTON,<br><br>                          Defendants. | 23-CV-3306 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 5, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 5, 2023
          New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                             Chief United States District Judge